# Court of Appeals
# of the State of Georgia

ATLANTA,  November 12, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0084. BROOKE MAUREEN SCHULTZ v. AMERICAN EXPRESS NATIONAL BANK.**

Pro se petitioner Brooke Maureen Schultz filed a motion requesting that we declare the trial court's order barring her from making future filings in the case void, and order the Clerk of the State Court of Cobb County to accept and transmit her filings. Schultz's motion is hereby DENIED. See Ct. App. R. 40(c); *Arnold v. Alexander*, 321 Ga. 330, 335 (1) (914 SE2d 311) (2025).



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  11/12/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*